**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000798
22-JAN-2021
09:04 AM
Dkt. 44 OCOR

NO. CAAP-16-0000798

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
BRONSON SARDINHA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF FIRST CIRCUIT
(CRIMINAL NO. 16-1-0359)

ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion entered on January 15, 2021 (docket no. 42) in the above case is hereby corrected as follows:

1.   On page 10, in the 13th line, the footnote "12" should be replaced with "10" so that as corrected, the text reads: "of the Driving Charge.[10]"

2.   On page 10, in the footnote, the footnote "12" should be replaced with "10" so that as corrected, the text reads: "[10]    The circuit court ..."

3.   On page 11, in the footnote, the footnote "12" should be replaced with "10" so that as corrected, the text reads: "[10](...continued)"

4.   On page 14, in the 14th line, the footnote "13"

---

[1]   Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.

should be replaced with "11" so that as corrected, the text reads: "Inattention to Driving charge,[11] ..."

5. On page 14, in the 15th line, the footnote "14" should be replaced with "12" so that as corrected, the text reads: "charge,[12] are dissimilar."

6. On page 14, in the footnote, "13" should be replaced with "11" so that as corrected, the text reads: "[11] See HRS § 291-12 ..."

7. On page 14, the footnote "14" should be replaced with "12" so that as corrected, the text reads: "[12] See HRS § 707-712.5 ..."

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, January 22, 2021.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge